UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,

    -v-

Alejandro Javier Marin,

        Defendant.

------------------------------------------------------------- x

**SCHEDULING ORDER**

S7 19 Cr. 144(AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The parties are hereby ordered to appear for a pre-trial conference on January 22, 2021 at 9:00a.m., which conference will be held via the following call-in number:

    **Call-in number: 888-363-4749**

    **Access code: 7518680**

    To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

    Finally, no later than January 19, 2021, at 4:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

    SO ORDERED.

Dated:    January 15, 2021
            New York, New York

                              _____/s/_____
                                      ALVIN K. HELLERSTEIN
                                      United States District Judge