UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES,

          -against-

ALEJANDRO JAVIER MARIN.

                  Defendant.
------------------------------------------------------------- x

**SCHEDULING ORDER**

19 Cr. 144 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing, currently scheduled for June 25, 2021, is hereby adjourned until July 27, 2021, at noon. The sentencing will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than July 20, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:   June 23, 2021        _____/s/ Alvin K. Hellerstein_____
           New York, New York       ALVIN K. HELLERSTEIN
                                       United States District Judge