# LETTERS IN SUPPORT

Jhon Gerarado Canino

Eduardo Gomez

Maria Alejandra Federica Marin

William R. Garcia

Luis Richard

Maria Alejandra Marin

Maria Elizabeth Marin

Alejandro Javier Marin

Rose Marie Marin

Carolina Marin

Rodrigo Jose Gomez

Maria Alejandra Martinez Marin

Honorable Judge Hellerstein

My name is Jhon Gerardo Canino. I am a Venezuelan Citizen
with Residence in the City of Coconut Creek Florida for the
past 10 years. I have had the privilege of knowing Alejandro
Javier Marin for 23 years since his beginnings in Aviation
as a co-pilot in the City of Caracas Venezuela. At the
Carlota airport, to be specific, he always demonstrated his
great ability as a Pilot in his professional part and now to
also know him at a personal level, I have nothing more but
positive feedback regarding his character. Moreover, I also
had the great pleasure of meeting his father-in-law who was
also involved in  commercial and private aviation. At the
same time, I maintained a good relationship with his wife
and his beautiful family where I saw his two children grow
up to be one of the most well brought up children with a
great education and upbringing.

For many years we have been able to maintain a great
friendship, and now a great working relationship. At that
time, I had the opportunity to recommend him for a job,
which was the first as a copilot in a Jet at the Carlota
airport, thus demonstrating his great professionalism and
performance in his work, exhibiting good manners and good
habits. He always catered courteous treatment in each of his
interactions with other members both in his work and
personal environment, which I was able to witness.  In each
place or environment where we coincided, I heard good things
from him in the professional field and in the personal part
because he is a very dear person. Since that moment we have
had and achieved a great friendship, where I have witnessed
his good heart, his high ethical values  by acting justly,
also being a respectable and productive member of society,
complying and enforcing with respect and honesty which are
all your responsibilities as a Citizen of this country.

Finally, I have had the privilege of working in his company,
which is a family business where his daughter now holds the
position of CEO and with all the example that her father
left her, because she is leading us to success without the
physical presence of Alejandro, however, his soul flows and
shines right through his daughter.  I have been the chief
pilot for a long time, which has allowed me to reiterate and
corroborate his high values   on a professional and personal

level. We all deserve a second chance in this world, and I hope that in this brief explanation you can see that Alejandro J Marín has always been a good father, head of the family and a human being with many positive qualities in addition to being a wholesome boss.

Dear Judge Hellerstein,

I know Alejandro J. Marin from my childhood. I am now 47 years old and I have known Alejandro 40 out of those 47 years. We share different aspects in life and still are very close friends. So close that we say we are brothers and that is the way I feel.

I can say I know him very well and can attest that he is a hard-working person. I have never met someone so committed and passionate about his work and his duties as him. Alejandro is without a doubt the best aviation professional I know, and I will ever know. For example, I can say that if I have to fly in a damaged wing aircraft and he is in command and he tells me everything is alright, I will unquestionably board the aircraft without fear, even if my daughter is with me.

From all these years sharing time together and doing a lot of things together as I mentioned before, in different aspects of life, I can say he is loyal, trustworthy, dependable and assertive. I learned to trust him and lean on him in difficult times in my life. Being the kind of friend and man that he is, you can call him at any time and any moment if you need him and rest assured that he will be there for you.

He has been working his whole life to support and provide for his family, always doing the right thing and being a good citizen, trying to be a good role model for his children.

My first formal job in my life was coaching a kid's baseball team and Alejandro and I did it together. We were around 15-16 years old, and we did it with passion and pride.

Also, I can say Alejandro has been married to the same woman whom he met when we were teenagers and she is now the mother of his two children. In their twenty-five (25) years of marriage, he has been a virtuous provider for his family. His children are now two professionals, both graduated from prestigious universities and with scholarships due to their high achievements in their academics. These children are undeniably the product of this hardworking couple who always made it their priority to raise their family with good principles.

He and his wife built a company from nothing by working diligently and delivering an incomparable service to their clients. This is a family-owned company, well oriented and prioritizing principles and ethics for their business.

In my long friendship journey with Alejandro Marin, he has proven to me that he is the kind of person that is always willing to accept his mistakes, apologize and rectify. He has also proven to me that he is always willing help others and is the kind of person or friend who always makes you feel protected and safe. Please help us bring my dear friend back home.

Sincerely,

Eduardo Gomez

Dear Honorable Judge Hellerstein,

My name is Maria Alejandra Federica Marin. I am Alejandro Marin's youngest daughter. It is almost impossible for me to believe that I am currently writing this letter as a plea for my father's fate. If a decision so valuable is going to be made regarding another human beings' life, I think it is only fair to have both sides of the story. So, I hope I could take a couple minutes out of your valuable time to share with you a side of my father the media and other people are failing to show.

I was born on January 20, 1997, in Miami, FL to two young Venezuelan parents in search of a better future in the United States. Growing up, I always saw my father working night and day to be able to provide everything we needed and more. Holidays, birthdays, and summer vacations had to be juggled around because of his pilot profession, but he always made us feel special upon every arrival by giving us "special gifts chosen by him." Ironically enough, I remember I would be in complete awe when my father would visit New York when I was younger, and one time he brought me back a stuffed animal and told me it was from the "biggest Toys R Us in the world." I found out a couple years ago it was actually from CVS or Walgreens and he bought it just before returning home on his way to the airport. I still have the stuffed animal up until today and I can't sleep without him. His name is Pongo and wherever it is that he came from, my dad never allowed me to dream small. He also never hesitated to give it his all just so my brother, my mom and I could have everything he didn't have, as he was the youngest of a very big family and was left in charge of his own fate.

I watched my father build his company from scratch. Although i grew up with a pilot as a father, it was not until my freshman year of high school that my father became a businessman, all from his persistence and many years of saving his hard-earned money with my mother. He could've very easily partnered up with someone who already had the funds to buy the Part 135 certificate sooner, but my father always strived for more. He and my mother didn't want to risk someone else take away from them what they worked so hard to achieve.

I believe what I am trying to emphasize in this letter is that my father is a hardworking man and has always been led by honor. Whatever he sets his mind to, he achieves. If there is a problem, he finds a solution. He always prioritizes others needs before his own. It is this exact reason why I also believe he finds himself in this dreadful position, because he is a problem solver. He was trying to solve someone else's problem, but instead got caught up in someone else's storm.

On September 19, 2020, the most unimaginable tragedy happened to our family. My father was taken away by agents, leaving me as the head of the family and in charge of managing the family business, a business that should not suffer undeserved consequences after all the hard work and dedication that has been put into creating it. Anyone in my position would simply sell the certificate and walk away from all the problems, but I see the potential it has. I have watched it grow and I will not give up until I make my father proud and I can show him that, even though he didn't know I was watching or listening to everything he would tell me growing up, because I was, we are still in business. It was what I like to call a "series of unfortunate

events", but they say that the best way to learn to swim, is to get thrown into the water with the sharks. I am my father's daughter, and I'm not afraid to take on this huge task to save our family business until he can return home to us.

Finally, I do not ask you to pity us, as I understand every action bears its own consequences. However, I do I respectfully ask you to consider every story you have heard, both good and bad, to have an accurate judgement of my father's character before coming to a final decision. There are not enough words I can say to describe just how important my father is to me and what a powerful influence he continues to be. Please help us bring my father back home.


Very Truly Yours,


_____
Maria Alejandra Marin

Your Honor,

My name is William Ricardo Garcia. I was born in Caracas, Venezuela on July 19, 1974. I currently reside in the Republic of Panama. By means of this letter, I wish to express my opinion about Mr. Alejandro Javier Marin.

I have known Mr. Marin since 1987, when we studied together in high school in Venezuela. From that moment, we built a long and strong relationship as friends. His parents were my godparents and I am the godfather of his two children. Because of this, I consider Mr. Marin as my brother and I can attest to the great person he has always been.

Since we met, Mr. Marin has always shown himself to be a person of strong moral principles, respectful, kind, familiar, and above all, focused on being better every day. All of this was inculcated by his parents, Admiral Alejandro Marin and his beloved mother, Rose Marie Simone. His parents made an effort to raise Mr. Marin to be a person of good, correctness and of high ethical values. He has always been characterized by helping others without asking for anything in return and for which I can cite two occasions where he helped selflessly.

In December 1999, during the tragedy in the Vargas state in Venezuela, the rains caused a landslide and thousands of people died. Mr. Marin helped the United States Army to locate and evacuate the US citizens who had survived without asking anything in return.

Likewise, in September 2017, during the unfortunate tragedy that the island of Puerto Rico experienced after the destruction of Hurricane Maria, Mr. Marin took the initiative to donate and transport food and medicine on his company's planes from Florida to the island.

These are just two examples of countless occasions where Mr. Marin has proven to be a great person, not only with his family and friends, but with anyone who needed his help, demonstrating at all times his nature to do the right thing. I believe his nature was proven when he decided, on his own, to help the United States.

I write you this letter, your Honor, in hopes that you take all of this into consideration when deciding on Mr. Marin's fate. Do not hesitate to contact me for any questions or more information about my brother, Alejandro Javier Marin.

William R. Garcia


@: wgarciag@hotmail.com
phone: + (507) 6566-0216

**To Judge Hellerstein:**

Hello, I'm Luis Richard and I appreciate your time in allowing me to tell you some things about Alejandro Javier Marin, who I call, "Javi." Javi was one of my first friends from childhood and we lived in the same neighborhood.  We basically grew up together. We celebrated our First Communion together and during this time we were focused on strengthening our relationship with God. We wanted to be at Church all the time or at least every Sunday, but our parents didn't want to stay all day. However, Javi found a solution for this and got a job as an altar boy. He loved this job and could stay all Sunday working in the church. This made me so proud of him and inspired me to join him.

I don't know why, but our generation in Venezuela was very romantic and we started having girlfriends at a very young age. Javi was a handsome and funny man, which a lot of girls took notice of, but he fell in love with one Maria Alejandra. He fought hard for this relationship and for them to be together and they made it. They are still together and formed a family with two beautiful children. I just want people to know that Javi is not only a good man, but also a good husband, a loving father, a great son, a fantastic brother, and a lifelong friend that I hold very dear to my heart. I hope this provides Your Honor with an understanding of Javier's character and I hope you will return him to us soon.

_____

Luis Richard

Dear Judge Hellerstein:

I am one of Javier's older sisters. My twin brothers, Javier and Federico, were the greatest blessing to arrive at our home. I still vividly remember when they were born and how we looked after and protected them all through their childhood. We had the joy and privilege of growing up in a home full of good values and love, and Alejandro Javier is a clear example of this.

Today, I need to tell Your Honor about Alejandro Javier, and to reaffirm once more, just what a good human being he is, despite the situation he faces in Court. Alex is an exceptional person, full of virtues. He is kind, sensible, a gentleman, hardworking and professional. Empathy towards other people has always been one of the defining attributes of his character. He has the amazing ability of putting other people's needs above his own.

He always had the dream to fly, and through hard work and perseverance, he was able to achieve it. He is an exceptional pilot and a wise leader who was able to build an entire company from scratch, along with his wife and children. All of them made it the successful enterprise it is today. Alex has a lot of accomplishments. I want to reiterate just how immensely proud I am of Alex, and how fortunate I am to be his sister.

_____

Maria Alejandra Marin

Maria Elizabeth Marin

To the Honorable Alvin K. Hellerstein:

I am Alejandro Marin's oldest sister. These are my memories. When the twins were born (Alejandro Federico y Alejandro Javier), I was 17 years old and they could have been my children. It was like I was playing with dolls. We jokingly decided as sisters to kick our parents out of their room, as it was going to be us who were going to look after the twins. We could not contain our joy of having little brothers. What a beautiful gift our parents brought into the world.

We were a happy family and my dad was so overjoyed at finally having two sons after his four daughters. He ordered us to close the room windows to prevent too much air from flowing in. The room was practically a sauna. We lived in Los Corales in Venezuela, very close to the beach.

And then they started growing up. I fell in love with the son of a Portuguese Venezuelan family, who they nicknamed "Portu." When I got married, they were the ring bearers. The wedding reception was in La Quinta Marina, which had a garden with a view to the golf course of the Caraballeda club. There was a pool in the garden and the twins decided to jump in it while fully clothed to cool down. What great memories!

We moved to Caracas to the Manapiare Building in Santa Paula. I vividly remember their friends "los maquediche" which were nicknamed this way as they were the sons of Italians. We then moved to the island of Margarita, my brother Alejandro Javier was accepted into military school, as he had a dream of joining the army. Our parents visited religiously on weekends and would make sure to bring him his favourite home cooked meals.

I think about my brother with great love. He would sail with us all the time. He then fell in love with his wife, got married and set his sights on moving to the US, and he worked hard to do so. He painted walls, worked as a Bell Boy in a hotel. He then made a career as a pilot.

He always was and has been honest and loyal to the principles our parents passed down to us. The memories I have of my siblings always go hand-in-hand with our education and upbringing. Alejandro Javier has always been a charitable and caring person. When the hurricane hit Puerto Rico, he dedicated his time and effort to helping and bringing help to the people affected by this tragedy. There is no limit to how much he gives to the people who need it—including me. He is the most beautiful baby brother that my parents Rosemarie and Alejandro could have given me. I blindly and fervently believe in my brother Alejandro Javier and I am certain he would never let us down. I know this because this is what our parents taught us.

I want you to know this, Your Honor, about my beloved brother. I adore him and respect him above anything else. I know a very little about his case. I do know he was a great assistance to the U.S. I hope that will be recognized. This case against Alejandro Javier is out of character for who he is. I hope my letter has explained his good qualities and demonstrates how he is loved. Please let him return to his family.


_____

Maria Elizabeth Marin

Dear Honorable Judge Hellerstein:

I am the twin brother of Alejandro Javier Marín. We were born in Caracas, Venezuela on December 7, 1973, a morning described by our parents as unique. Alejandro and Rose Marie, a middle-aged couple, had given birth to a set of twins after having gone through what today would be referred to as a high-risk pregnancy, due to their advanced age.

Captain Marín, our father, was the result of an upbringing of the old age, where the middle class had to carve their paths and make their own futures. A mix of his ancestors, small business owners, professors, and hardworking people forged our father into a one-of-a-kind man who made a name for himself and would become a loving father to his six children.

Alejandro Marín, Captain Marín, was a merchant sailor, who forged a career in a world in which trading vessels dominated Venezuela's international commerce in the 1940's. His passion for his job and his work ethic made him into a professor inside the navy and he finished his career as the director of the Nautical School of Venezuela, where to this day he is revered and remembered as one of its most beloved members.

It is precisely that passion and work ethic that he passed on to his children, especially his son Alejandro Javier Marín. He was raised under the most formal and strict set of rules, those of an institutional man, whose sole purpose in life was to excel.

Alejandro Javier, from a young age, was always friendly. He had a way of drawing people to him. His conversations were always interesting, productive and above all, charged with positivity.

Alejandro Javier was always a great kid. He was a visionary, cheerful and always ready to play. His idea of games were always related to the military side. He was a chief strategist in wars of toy soldiers, who was also capable of building marvels with Legos, which by the way always served as transportation for his army of plastic soldiers.

This admiration for military sciences always guided his games, his studies and his dreams; as he and his schoolmates dreamt of becoming part of the U.S. Marine Corp. one day. They dressed up and communicated amongst each other as if they were in the army, and always in English as a homage to the Marines. During his High School studies, he was a member of the Student Council. He participated in the creation of sporting and musical events to help the needy, or for those who saw value in what he offered them.

All of his friends describe Alejandro Javier as a hardworking and happy person ever since he was young, who fell in love at a young age with his wife, Maria Alejandra. Their love for each other forced them to make some tough decisions, as their families thought they were too young to marry; however it was this boundless and everlasting love that led them to tie the knot. They both had good and healthy friendships, upon which they could rely and were able to start a family in the US.

His calling for his job did not allow him to stop overcoming and bettering himself. He never showed fear towards his job, after all, he was raised in a traditional household in which the man had to provide for his family's stability with honest and strong work.

Alejandro Javier worked as a Valet driver, while his father-in-law was able to help him pay for his studies as a commercial pilot, another lifelong dream that he carried in his blood. The uniforms represented a discipline, admiration and respect to him, one he always longed to be a part of. His blood was that of an institutional man, and I can say with unwavering certainty that he always proved this.

Throughout his years working as a Valet driver, his bosses took notice of the clear vocation and mystique he exuded in everything he did, and it was not long before he earned their trust and was promoted to Operations Manager. This allowed him to improve his income while he finished his studies.

Not long after, he obtained his Private Aviation title, and decided to move his family back to Venezuela, where he decided to start his new career. He worked in the private industry, quickly climbing the ladder and taking on new positions and responsibilities, working for families of high renown, who always appreciated his work. He was then able to update his licenses and certificates to continue rising within his profession.

After several years, his bosses decided to move the operation of his aircraft to the US and decided to move their crew along with it, due in no small part to social tensions reaching dangerous highs in Venezuela. Alejandro Javier Marín learned the management tools jointly with the Operations Director of the company, and after a few years, with the approval of his bosses, started to make his dreams and ambitions a reality with the creation of a company that would allow him to manage planes while he developed his one true and overarching dream-to work as a pilot and to never stop flying.

His wife, Maria Alejandra, by his side, helped him progress while they invested full time in their children and the company. Both had set out to achieve their goals. Their hard work surely paid off as more clients, and increased activity, combined with their dedication, allowed them to make an excellent company. Both of them dedicated part of their success to philanthropic causes and various charities, donating to them through numerous opportunities in order to help people who needed it the most. The best example of this was their support in the humanitarian crisis that Hurricane Maria left in its wake in Puerto Rico. They provided necessities to the people most affected by this situation. Alex could have made a lot of money flying wealthy people who could afford a private charter plane out of harm's way. Instead, Alex flew in food and necessities to those in need.

To summarise and conclude, Alejandro Javier Marín was born with a great sense of honesty, impeccable work ethic and a brotherhood that makes him shine even from afar. He has always excelled and to this day, he sparks motivation to grow and better oneself to his friends and family, to help others before helping himself, and to rise above negative situations with grace and dignity. This situation he is in now is an aberration. I hope your Honor will see it as such. It all began when he reached out to help our country and its government, to do what was right. I know he spoke untruths, but he did so, I believe in my heart, out of necessity and survival. Regardless, it was wrong. He is paying for those mistakes. I ask this Court to be lenient with Alex and see that his goodness far outweighs these mistakes.

Captain Alejandro Javier Marín is a father to two beautiful children, who follow in his footsteps after having graduated from universities with excellent grades and who provide their professional services to several industries, always conducting themselves with the same discipline and personal character that they have learned and inherited from their father.

_____

Alejandro Federico Marin

To the Honorable Judge Hellerstein:

I am one of Alejandro Marin's sisters. I very much appreciate this opportunity to describe and go over my experiences in life with Alex. The only thing I'm struggling with is picking which beautiful memory to talk about first. Let's start with the fact that Alex has a twin brother. A pair of twins born on the same day as me that I have had the pleasure of sharing my birthdays with. With a 15 year difference, Alex was the greatest birthday gift I could ever have asked for. Alex has always been a disciplined and correct person, strongly emphasizing what our parents taught us. I know that is why he went, on his own, to help the government, because he knew what was happening at this time in his life was not right. He has cemented these same core values of sincerity, honesty, and goodness that our parents passed down to us in his own life and has carried them all throughout. He fell down in this matter. He got back up, admitted his mistake, has accepted his punishment, while suffering with COVID, and now I hope, that Your Honor can show mercy to him and let him come home. Things in life are accomplished with perseverance, consistency and a lot of endeavor. Nothing in life is given, instead it is always earned. Alex will never forget this serious time in his life. He will learn from this and be a better man because of it.

I remember when he left home, he had to study and work hard to reach his dream: flying. I will always remember during the devastating Hurricane Maria in Puerto Rico all of the help and aid Alex offered to the needy and less-fortunate in Puerto Rico during this time, flying food and water in from the U.S. for them. He lent the hand of not only his workers and personal team, but also his own in order to assist those in need. He is a person that is consistently described as a helping hand. His goodness and generosity are unlike any other and his heart can always be described as exemplary. He made a serious mistake, but he is young and if released, he will able to do so much more good in this world.

I ask you Judge to be lenient on Alex. Please recognize that his good deeds far exceed his mistakes. Thank you.

_____

Rose Marie Marin

Dear Your Honor:

Alejandro Javier is my brother. Writing about the life of my brother is not very easy. Since he came into this world with someone else, as a twin, it is difficult to talk about one of them without talking about the other. I will try, however.

"El Gordo," as my mom used to call him, as he was chunkier than his twin brother, was always a gentle, kind, funny and loving child. That is how he grew up and developed in Caracas, Venezuela. He married very young, at only 18, with his then girlfriend and current wife. After this they decided to move to Miami.

He always liked flying and aviation in general. This is the main reason why he studied to become a pilot. His two children were born and through the years he was able to build his own company along with his wife. Due to all their hard work and dedication, they have achieved a successful enterprise.

He always was an attentive son with our parents and he has always been there for his siblings. He is still very caring about others, just as when he was a kid. He has many friends and everyone who knows him can appreciate him and attest to his virtues.

I ask that you consider these positive attributes about him when considering his sentence. We desperately want him home. Thank you.

_____

Carolina Marin

January 4, 2021

Rodrigo Jose Gomez

Captain and Chief Pilot

20655 S.W. 89th Avenue

Cutler Bay, FL 33189

**To who my concern:**

It's my pleasure to offer unreserved recommendation for Captain Javier Alejandro Marin.

I've known Javier for over 35 years, having lived in the same city Caracas, Venezuela. Alex always demonstrated a beautiful dream to be a pilot, like me. Starting his career always demonstrated responsibility and entrepreneurial aviation spirit. When we were teenagers, we met in a street fight. With time and maturity, we were both able to grow up with a goal to being Airmen and friends.

Since then, I've watched with interest as he's pursued his dream and interest in the corporate aviation business, where he has become the president of his own charter company. For me, it is a pride to be his friend and companion in the aviation business.

Javier is a good man. Please allow him to return home to his family and many friends so he can to continue to contribute in such a positive way to our society.

**Sincerely,**

Rodrigo Jose Gomez

Dear Your Honor:

My name is María Alejandra Martínez Marín. I am the wife of Alejandro Marin. I was born on January 18, 1973, in the city of Caracas, Venezuela. I come from a family where we were my mother, Carmen, my father, Rafael, and my two sisters, Liliana and Andreina. I knew Alejandro Javier Marin since my childhood, since my best friend Blanca was a neighbor, and she knew the Marin Aigster family. Since his twin, dark-haired brother has the first name of Alejandro, just like him, those of us who have known him since his childhood call him Javier. Since he was a little boy, he radiated an unmistakable smile and had a humility of heart which made him shine. He had so many positive attributes.

As time passed, in 1988, to be more specific, we became a couple. From day one, we experienced a relationship so ingrained with passion and with a special connection and full of light that I always considered him my best friend and confidant. His father, Captain Alejandro Marin López, and his mother, Rosemarie Aigster, gave him an impeccable education and training where he also had four older female sisters. His father taught him to be a man with discipline, perseverance, and values. His mother filled him with a lot of love, and at the same time, taught him to be a respectful young man with good manners, and to value the efforts that his father made every day for their children.

-1-

On April 23, 1994, we were married in Mississippi and then our first son, Rafael Alejandro, was born. He gave us the strength as parents to have a forward vision to work as a team to raise our family, because just two years later, in January 1997, our daughter, María Alejandra Federica Marin, was born.

Javier worked at valet parking while he was getting his aviation pilot's license and his discipline was so hard to ignore that they promoted him to manager. From there the vein of wanting to help people began and my father, Rafael Martínez, since we married, took Javier in as another son. Working as a team, he helped Javier to finish paying for his pilot's studies so that he could get ahead and be able to support us as a family.

In 1998, after graduating as a pilot, we returned to live in Venezuela, a year later 1999, a tragedy occurred in La Guaira, Venezuela where a landslide took many people and destroyed that town. Javier helped to carry the victims from that place to Caracas in helicopters, with the help and cooperation of the military of the United States of America. He has always shown that he wants to help people.

In 2002, we returned to live in the United States because he was hired to fly for a Venezuelan family whose company was Miami. While living in Weston, I belonged to a group in my Christian church where Javier had the heart to help us bring toys and clothes for the needy children of Venezuela. We participated with our children in this effort because we wanted to teach them that helping others was a commandment important where it fills us with blessings.

Despite the little time Javier had to dedicate to his children with his work, in his free time he spent it with his children. He took his son to baseball where he helped his team and sponsored him and after the games. We all went to mass and ate at Ihop as a family.

Another event where Javier also participated in 2017 was that of Puerto Rico where Hurricane Maria destroyed part of that island. He sent company planes loaded with medical supplies, clothing and food. I really don't remember the exact amount because there were so many. I naturally helped many people and families to do good for others. In short, Javier always showed that he had a humble heart to help anyone without expecting or receiving anything in return.

To finish, he has been a good son, brother, father and husband. A person with virtues and defects like any other, but in short, a good man. From him I learned many positive things where together we got to create our two beautiful children, the company and our home. Please bring my husband back home to his family and help us fill the hole that was left in our hearts in September 2020.

Very truly yours,

_____
María Alejandra Martínez Marín